UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| MARVIN MCNEIL, | JUDGMENT |
| | 12-CV-0788 (LDH) |
| Petitioner, | |
| -against- | |
| PEOPLE OF THE STATE OF NEW YORK, | |
| Respondent. | |

---------------------------------------------------------------X

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on July 15, 2021, denying Petitioner's petition for a writ of habeas corpus; and denying the issuance of certificate, *See* 28 U.S.C. § 2253(c); *see also Lucidore v. N.Y. State Div. of Parole*, 209 F.3d 107, 111–13 (2d Cir. 2000); it is

ORDERED and ADJUDGED that Petitioner's petition for a writ of habeas corpus is denied; and that no certificate of appealability will issue. *See* 28 U.S.C. § 2253(c); *see also Lucidore v. N.Y. State Div. of Parole*, 209 F.3d 107, 111–13 (2d Cir. 2000).

| | |
|---|---|
| Dated: Brooklyn, New York | Douglas C. Palmer |
|       July 16, 2021 | Clerk of Court |
| | |
| | by:    */s/ Jalitza Poveda* |
| |       Deputy Clerk |